UNTED STATE DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION.

FREDDIE JOE CASH.
PETITIONER.

T.B.A.
CASE NO: 3:23-cv-1170-HES-JBT
LT. CASE NO: 90-9224-CF

VS.

STATE OF FLORIDA, ET. AL.
RESPONDENTS

PROVIDED TO SOUTH FLORIDA RECEPTION CENTER on 9/27/23 FOR MAILING.
BY: _____ OFFICER'S INITIALS

## MANIFEST INJUSTICE UNDER ACTUAL INNOCENCE

COMES NOW YOUR PETITIONER FREDDIE JOE CASH, PRO-SE WILL GIVE THE FOLLOWING FACTS OF MY ACTUAL INNOCENCE FOR THIS COURT REVIEW,

COMES NOW IN THE INTEREST OF JUSTICE THE PETITIONER WILL AVER THE FOLLOWING FACTS OF ACTUAL INNOCENCE IN THIS CASE,

THE ATTACHED EXHIBITS EXPOSE FACTS THAT CLEARLY SHOW A PRIMA FACIE CASE OF GOVERNMENT DECEPTION AND A UNIQUE SITUATION TO WIT: COLLUSION BETWEEN THE STATE ATTORNEY AND TRIAL COUNSEL PRIOR TO TRIAL RESULTING IN FRAUD UPON THE COURT AND JURY AND PETITIONER AT TRIAL IF NOT FOR THE "BRADY" VIOLATION AND CONSTITIONAL "ERRORS" SHOWN HEREIN PETITIONER WOULD NOT HAVE BEEN DEPRIVED OF HIS "LIBERTY" IN THIS CASE.

-1-

ARGUMENT.

IN THIS CASE A BRADY VIOLATION AND CONSTITUTIONAL ERROR'S WAS DONE WHEN THE STATE ATTORNEY AND TRIAL COUNSEL DID IN FACT WITH HELD EVIDENCE AND MEDICAL RECORDS AND TESTIMONY ON THE EXAMINING OR FINDING'S ON THE ALLEDGED VICTIM C▮ C▮. THE ACTUAL EXAMINER DOCTOR THAT DID EXAMIN THE VICTIM DID NOT TESTISY TO HIS EXAMING OR FINDING'S BUT THE DOCTOR DID GIVE A DEPOSITION ON HIS EXAMING OR FINDING'S ON THE ALLEDGED VICTIM IN THE DOCTOR DEPOSITION HE STATED THE FOLLOWING THE DOCTOR SAID HE SEEN "NO" SIGNS OF "RAPE OR SEXUALLY A BUSED" IN THE CASE OR ON THE VICTIM C▮ C▮.

IT'S A FACT IN THE DOCTOR DEPOSITION HE SAID THAT "CASEY CASH HAD A SEXUALLY TRANSMITTED DISEASE S.T.D. "GONORRHEA AND CHLAMYDIA" THAT THE PETITIONER FREDDIE JOE CASH DID NOT AND DOSE NOT HAVE, THE FACT IS IT WOULD HAVE BEEN "ILLOGICAL TO BELIEVE" THAT THE STATE DID NOT "CHECK THE PETITIONER'S "MEDICAL RECORDS AT THE JAIL AFTER DOCTOR SAID THAT THE VICTIM C▮ C▮ HAD A SEXUALLY TRANSMITTED DISEASE S.T.D. GONORRHEA FOR IF THE VICTIM AND ACCUSED PETITIONER BOTH HAD THIS S.T.D. THE STAT CASEIN-CHILD'S WOULD HAVE REVEALED THIS TO THE JURY THE FOREGOING WAS MATERIAL AND RELEVANT TO SHOW TO THE JURY THAT THIS CHILD'S TESTIMONY WAS IN FACT SPURIOUS AND HIGHLY PREJUDICIAL AS SHE ALLEGED THAT THE PETITIONER WAS THE ONLY ONE TO EVER TOUCH HER SEXULLY.

-1-

ARGUMENT CONCINUED'S

THE ONLY LOGICAL ASSUMPTION BEING THAT A FRESH INJURY WITHOUT ANY CHRONING SIGNS TO SHOW PRIOR SEXUAL ACTIVITY THAT PETITIONER GAVE THE CHILD GONORRHEA A SEXUALLY TRANSMITTED DISEASE S.T.D. SINCE THE CHILD CLAIMED THAT PETITIONER WAS THE ONLY ONE TO EVER HAVE SEX WITH HER.

IT WAS IN DEFENSE COUNSEL'S POWER TO EXONERATE PETITIONER BY SIMPLY GOING TO THE COUNTY JAIL TALK TO THE NURSES AND DOTORS OR CHCEK PETITIONER'S MEDICAL RECORD ACCUMULATED FROM JULY 19-90 TO MARCH 19-91, AND IT WOULD HAVE REVEAL THAT THE PETITIONER DID "NOT" HAVE GONORRHEA OR ANY TYPE OF S.T.D. IN FACT THE MEDICAL RECORD'S WILL IN FACT REVEAL THAT PETITIONER GAVE 3# TUBES OF BLOOD.

IT WOULD BE ILLOGICAL BELIEVE THE STATE DID NOT CHECK PETITIONER'S MEDICAL RECORD'S AT THE JAIL AFTER THE DOCTOR UNDER OATH THAT THE VICTIM HAD GONORRHEA A SEXUALLY TRANSMITTED DISEESE S.T.D. AND "AFTER" THE VICTIM UNDER OATH SAID THE PETITIONER WAS THE ONLY ONE TO EVER HAVE SEX WITH HER, THE FACT IS IF THE VICTIM AND PETITIONER BOTH HAD THIS S.T.D. THEN THE STATE'S CASE-IN-CHIEF WOULD HAVE REVEALED THIS TO THE JURY IN THIS CASE.

ARGUMENT CONCINUED'S

THE FORGOING WAS MATERIAL AND RELEVANT TO THE JURY THAT THIS CHILD'S TESTIMONY WAS IN FACT SPURIOUS AND HIGHLY PREJUDICIAL AS SHE ALLEGED THAT THE PETITIONER WAS THE ONLY ONE TO EVER TOUCH HER SEXUALLY AND SURGEON COULD NOT FIND ANY PRIOR SEXUAL ACTIVITY BASED ON THE FRETH LACERTION OF HER VAGINA AREA TO WIT:

THE DOCTOR WAS ASK THE FOLLOWING

1.
"Q1. WERE THERE ANY OTHER OBSERVATIONS THAT YOU MADE THAT MIGHT HAVE BEEN CONSISTENT WITH ANY PRIOR SEAUAL ACTIVITY BY THIS CHILD? HE SAID NO:)A?

2."Q3 WAS THERE ANYTHING THAT HAD BEEN INCONSISTENT WITH ANY OF YOUR OBSERVATIONS OR FINDINGS THAT WOULD HAVE BEEN INCONSISTENT WITH ANY PRIOR SEXUAL ACTIVITY ON THE PART OF THIS CHILD PENILE - VEGINAP PENETRATION? HE SAID NO:
(A)."

-3-

## ARGUMENT CONCIUED's

ON CROSS-EXAMINATION MR. BERRY A.S.A SPECIFICALLY ASKED THE DOCTOR THE FOLLOWING TO WIT:

1. {Q}
ALL RIGHT DID you SEE ANYTHING IN YOUR EXAMINATION THAT WOULD LEAD you TO BELIEVE THAT THIS CHILD HAD EVER HAD SEXUAL INTERCOURSE? HE SAID NO. {A?..}

THE ONLY LOCIAAL ASSUMPTION BEING THAT A FRESH INJURY WITHOUT ANY CHRONIC SIGNS TO SHOW PRIOR SEXUAL ACTIVITY THAT PETITIONER GAVE THIS CHILD GONORRHEA A SEXUALLY TRANSMITTED DISEASE S.T.D. SINCE THE CHILD CLAIMED THAT PETITIONER WAS THE ONLY ONE TO EVER HAVE SEX WITH HER,. It WAS IN DEFENSE COUNSEL'S POWER TO EXONERATE PETITIONER BY SIMPLY GOING TO THE COUNTY JAIL TALK TO NURSES AND DOCTOR'S CHECK PETITIONER MEDICAL RECORD ACCUMULATED FROM JULY 1990 TO MARCH 1991. AND It WILL HAVE REVEAL THAT PETITIONER DID NOT HAVE S.T.D. GONORRHEA THE MEDICAL RECORD WILL REVEAL THAT 3# TUBES OF BLOOD WERE TAKEN FROM PETITIONER URINE AND THE ORAL CAVITY OF PETITIONER WAS SUSBBED FOR DNA SAMPLE AND IT WOULD HAVE BEEN EVIDENT IF PETITIONER HAD THIS GONORRHEA S.T.D BUT THIS WAS NOT DONE IN THIS CASE.

-4-

## CONCLUSION

BASE UPON THE LEGAL DOCUMENTS AND DEPOSITION OR TESTIMONY AND STATEMENT MAND IN THIS CASE ARE TRUE AND CORRECT.

BASE ON FACTS THE FACTS AND PROOF OF THE VIOLATION'S IN THIS CASE IS "SIMPLE CLEAR", A "BRADY VIOLATION AND CONSTIUTIONAS ERRORS" WAS IN FACT DONE WHEN TRIAL COUNSEL AND STATE ATTORNEY WITH HELD EVIDENCE THAT WOULD IN FACT HAVE PROVEN PETITIONERS IS ACTUAT INNOCENCE IN THIS CASE.

BASE ON FACTS IN THIS CASE THE PETITIONER HAS PROVEN THAT A BRADY VIOLATION AND CONSTIUTIONAS ERRORS WAS DONE IN THIS CASE DUE TO THIS THE PETITIONER RIGHTS TO A FAIL TRIAL.

BASE ON THE FACTS IN THIS CASE PETITIONER REQUEST THIS COURT TO AGREE AND GRANT THIS CASE.

        RESPECTFULLY SUBMITTED
           PRO-SE
       FREDDIE JOE CASH
      *Freddie Cash*

-5-

## JURAT

I HEREBY CERTIFY THAT I HAVE HAD THIS PETITION READ TO ME AND I WOULD AVER THAT THE CONTENTS OF THIS PETITION FOR MANIFEST INJUSTICE UNDER ACTUAL INNOCENCE ARE TRUE AND CORRECT I THEREFORE SIGE THIS DOCUMENT UNDER THE PENALTY OF PERJURY IN ACCORDANCE WITH FLORIDA STATUTE § 92.525.

*Freddie Cash*
FREDDIE JOE CASH, PRO-SE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORGOING PETITION FOR ACTUAL INNOCENCE HAS BEEN FURNISHED BY U.S. MAIL TO THE ATTORNEY GENERALS OFFICE LOCATED AT THE CAPITOL PL-01 TALLAHASSEE FLORIDA, 32399.

ON THIS 27 DAY OF SEPTEMBER 2023.

*Freddie Cash*
FREDDIE JOE CASH
DC# 934775
SOUTH FLORIDA RECEPTION-
CENTER SOUTH - UNIT
13910 NW 41 STREET
DORAL FLORIDA
33178.

-6-